PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ALGAHAZALI, | Case No.: 1:17-cv-307 LJO BAM |
| Plaintiff, | |
| v. | **Joint Stipulation and [Proposed] Order re: Extension of Time** |
| JOHN F. KELLY, et. al, | |
| Defendants. | |

This is an immigration case alleging a delay in the adjudication of Plaintiff's application for naturalization. Plaintiff has been scheduled for an interview with United States Citizenship and Immigration Services on May 22, 2017. That interview triggers a 120-day statutory timeframe for adjudication of the application. 8 U.S.C. § 1447. Accordingly, the parties stipulate to extend the time for the government's answer to the Complaint until September 25, 2017, and request that the status conference be reset to sometime after the new answer date.

//

//

//

//

1

Dated: May 18, 2017                    Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ Audrey B. Hemesath
                                             AUDREY B. HEMESATH
                                             Assistant U.S. Attorney

                                             /s/ James M. Makasian
                                             JAMES M. MAKASIAN
                                             Attorney for Plaintiff

### [PROPOSED] ORDER

The government's answer date is extended to September 25, 2017. The Status Conference is continued from May 24, 2017 to October 25, 2017 at 9:00 AM in courtroom 8 before Judge McAuliffe.

IT IS SO ORDERED.

Dated:  **May 19, 2017**                    /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE